■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMILIO CACHO TORRES, Appellant. (Appeal No. 2.) [624 NYS2d 986] —Judgment unanimously affirmed. Same Memorandum as in People v Torres (212 AD2d 968 [decided herewith]). (Appeal from Judgment of Oneida County Court, Buckley, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.